UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
KENNETH DICKERSON,                     )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )      Civil Action No. 09-2213 (PLF)
                                       )
DISTRICT OF COLUMBIA,                  )
                                       )
            Defendant.                 )
_____)

FINAL ORDER AND JUDGMENT

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that Defendant's Motion for Summary Judgment [Dkt. No. 138] is

GRANTED; and it is

FURTHER ORDERED that JUDGMENT is entered for the District of Columbia.

This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.


                          _____/s/_____
                          PAUL L. FRIEDMAN
                          United States District Judge


DATE:  March 3, 2022